No. 412, Misc. CZAKO v. MARONEY, WARDEN. C. A. 3d Cir. Certiorari denied. Petitioner *pro se*. *W. Bertram Waychoff* for respondent.

No. 317, Misc. WILLIAMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Robert S. Erdahl, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 380, Misc. BOGAN v. WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Louis J. Lefkowitz*, Attorney General of New York, and *Philip Kahaner* and *Frank J. Pannizzo*, Assistant Attorneys General, for respondent.

No. 393, Misc. HIRSH v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 460, Misc. SULLIVAN ET AL. v. FOUTS ET AL. Supreme Court of Montana. Certiorari denied.

No. 485, Misc. CALO v. SUPREME COURT OF PUERTO RICO ET AL. Supreme Court of Puerto Rico. Certiorari denied. *Vicente Geigel-Polanco* for petitioner. *Fernando Ruiz-Suria* for respondent C. Brewer Puerto Rico, Inc.

No. 499, Misc. CROSBY v. RUNDLE, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied. *David H. Kubert* for petitioner.